No. 72–399. WILLIAMS v. HILLIARD. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–5073. ZEIGLER v. RILEY, PENITENTIARY SUPERINTENDENT. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS would deny the petition on ground of mootness.

No. 71–1109. NORRIS ET AL. v. JORDAN ET AL.; and
No. 71–1439. NORRIS ET AL. v. JORDAN ET AL., *ante,* p. 811. Motion of appellants for specification of grounds for finding want of jurisdiction denied. Petition for rehearing of appellant Kerns denied.

No. 71–1666. HUIE ET AL. v. UNITED STATES, *ante,* p. 891;
No. 71–6487. MEDINA v. UNITED STATES, *ante,* p. 855;
No. 71–6673. GOLDEN v. HENDERSON, WARDEN, *ante,* p. 861;
No. 71–6723. CHAIS-SHULMAN v. BANK OF AMERICA TRUST No. 54212, *ante,* p. 864;
No. 71–6786. CROW v. EYMAN, WARDEN, ET AL., *ante,* p. 867; and
No. 72–5133. BUCHANAN v. TEXAS, *ante,* p. 814. Petitions for rehearing denied.

No. 71–1680. LOUISVILLE & NASHVILLE RAILROAD CO. ET AL. v. RODES, TRUSTEE IN BANKRUPTCY, ET AL., *ante,* p. 893. Petition for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–5101. SERZYSKO v. CHASE MANHATTAN BANK, *ante,* p. 883. Motion to recuse MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST denied. Petition for rehearing denied.